IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | } |
| Plaintiff, | } |
| vs. | } Case No. 09-__10057__-01-__03__-JTM |
| **KAYLENE J. "KATIE" POTTORFF,** **ALICIA BELL, and** **JESSIE GARLAND,** | } |
| Defendants. | } |

## SEALED INDICTMENT

The Grand Jury charges:

### COUNT 1 – Conspiracy

That between about March 2004 and about April 2008, within the District of Kansas and elsewhere, defendants

**KAYLENE J. "KATIE" POTTORFF**
**and**
**ALICIA BELL**

knowingly and intentionally conspired with each other and with others both known and unknown to the grand jury to commit an offense against the United States, to wit: to impair a protected computer system in violation of Title 18, United States Code, Section 1030(a)(5)(A)(i) and (B)(v) (2002), and in furtherance thereof, committed, among others, the following overt acts:

1. On multiple occasions during the period of the conspiracy, defendant Pottorff, while employed as a collections officer for the City of Wichita, Kansas, Municipal Court, altered data in the City of Wichita Municipal Court's computerized records system that aided Alicia Bell and others in fraudulent schemes that benefitted Alicia Bell and others;

2. On multiple occasions during the period of the conspiracy, defendant Bell, while working as a bondsman agent, gave things of value to defendant Pottorff in exchange for Pottorff's altering data in the City of Wichita Municipal Court's computerized records system;

3. On multiple occasions during the period of the conspiracy, defendant Bell used lists of active bonds generated from the computerized records system of the City of Wichita Municipal Court that had been altered by defendant Pottorff, and created false and fraudulent jail booking forms that corresponded with names of bonded defendants whose entries had been altered by defendant Pottorff, in a scheme to defraud Bell's biological mother, Pearl Neal, AAA Bonding Company, and others;

In violation of Title 18, United States Code, Section 371.

## COUNT 2 – Impairing Computer Data

That between about March 2004 and about April 2008, within the District of Kansas and elsewhere, defendants

**KAYLENE J. "KATIE" POTTORFF**
**and**
**ALICIA BELL**

knowingly, intentionally and without authorization, in and affecting interstate commerce and communication, caused the transmission of code or commands that impaired the integrity and availability of data and information in the City of Wichita Municipal Court computerized records system, which is used in furtherance of the administration of justice, in violation of Title 18, United States Code, sections 1030(a)(5)(A)(i) and (B)(v) (2002), and 2.

### COUNT 3 – Bribery

That in 2006, 2007, and 2008, within the District of Kansas and elsewhere, defendant

### KAYLENE J. "KATIE" POTTORFF

corruptly accepted and agreed to accept things of value from defendant Alicia Bell intending to be influenced and rewarded in connection with a transaction and series of transactions involving $5,000 or more of the City of Wichita Municipal Court, an agency of the City of Wichita by whom defendant Pottorff was employed as a collections officer and which received in excess of $10,000 from federal programs during the one-year periods beginning January 1, 2006; January 1, 2007; and January 1, 2008; in violation of Title 18, United States Code, Section 666(a)(1)(B).

### COUNT 4 – Bribery

That in 2006, 2007, and 2008, within the District of Kansas and elsewhere, defendant

### ALICIA BELL

corruptly gave things of value to Kaylene J. "Katie" Pottorff intending to influence and reward Kaylene J. "Katie" Pottorff, an employee of the City of Wichita Municipal Court, in connection with a transaction and series of transactions involving $5,000 or more of the City of Wichita, Kansas, Municipal Court, an agency of the City of Wichita which received in excess of $10,000 from federal programs during the one-year periods beginning January 1, 2006; January 1, 2007; and January 1, 2008; in violation of Title 18, United States Code, Section 666(a)(2).

### COUNT 5 – Conspiracy

That between about April 2004 and about November 2007, within the District of Kansas and elsewhere, defendants

**KAYLENE J. "KATIE" POTTORFF**
**and**
**JESSIE GARLAND**

knowingly and intentionally conspired with each other and with others both known and unknown to the grand jury to commit an offense against the United States, to wit: to impair a protected computer system in violation of Title 18, United States Code, Section 1030(a)(5)(A)(i) and (B)(v) (2002), and in furtherance thereof, committed, among others, the following overt acts:

1. On multiple occasions during the period of the conspiracy, defendant Pottorff altered data in the City of Wichita Municipal Court's computerized records system that aided defendant Garland and others in fraudulent schemes that benefitted defendant Garland and others;

2. On multiple occasions during the period of the conspiracy, defendant Garland, while working as a bondsman agent, gave things of value to defendant Pottorff in exchange for Pottorff's altering of data;

3. On multiple occasions during the period of the conspiracy, defendant Garland used City of Wichita Municipal Court lists of active bonds generated from the computerized tracking system altered by defendant Pottorff in a scheme to defraud B&J Enterprises, which was bondsman and surety for the bonds for which Garland was the bondsman agent, and Larry Hiebert, who also was bondsman and surety for bonds for which Garland was the bondsman agent;

In violation of Title 18, United States Code, Section 371.

### COUNT 6 – Impairing Computer Data

That between about April 2004 and about November 2007, within the District of Kansas and elsewhere, defendants

**KAYLENE J. "KATIE" POTTORFF**
**and**
**JESSIE GARLAND**

knowingly, intentionally and without authorization, in and affecting interstate commerce and communication, caused the transmission of code or commands that impaired the integrity and availability of data and information of the City of Wichita Municipal Court computerized records system, which is used in furtherance of the administration of justice, in violation of Title 18, United States Code, 1030(a)(5)(A)(i) and (B)(v) (2002), and 2.

### COUNT 7 – Bribery

That between about April 2004 and about November 2007, within the District of Kansas and elsewhere, defendants

**KAYLENE J. "KATIE" POTTORFF**

corruptly accepted and agreed to accept things of value from defendant Jessie Garland intending to be influenced and rewarded in connection with a transaction and series of transactions involving $5,000 or more of the City of Wichita, Kansas, Municipal Court, an agency of the City of Wichita by whom the defendant was employed as a collections officer and which received in excess of $10,000 from federal programs during the one-year periods beginning January 1, 2004; January 1, 2005; January 1, 2006; January 1, 2007; in violation of Title 18, United States Code, Section 666(a)(1)(B).

### COUNT 8 – Bribery

That between about April 2004 and about November 2007, within the District of Kansas and elsewhere, defendants

**JESSIE GARLAND**

corruptly gave things of value to Kaylene J. "Katie" Pottorff intending to influence and reward Kaylene J. "Katie" Pottorff, an employee of the City of Wichita Municipal Court, in connection with a transaction and series of transactions involving $5,000 or more of the City of Wichita, Kansas, Municipal Court, an agency of the City of Wichita which received in excess of $10,000 from federal programs during the one-year periods beginning January 1, 2004; January 1, 2005; January 1, 2006; January 1, 2007; in violation of Title 18, United States Code, Section 666(a)(2).

A TRUE BILL.

 5/13/09                             s/ Foreman                                      
Date                                 FOREMAN OF THE GRAND JURY


 S/Lanny D. Welch                   
LANNY D. WELCH, Bar No. 13267
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS  67202
(316) 269-6481


[It is requested that jury trial be held in Wichita, Kansas.]